```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CONNIE PATTERSON, on behalf of herself
and all others similarly situated,
                     Plaintiff,                   14 **CIVIL** 5882 (VEC)

          -against-                     **JUDGMENT**

RAYMOURS FURNITURE COMPANY, INC.,
                Defendant.
-----------------------------------------------------------X

     Whereas on March 7, 2015, the Court having issued an Opinion and Order granting Defendant's motion to compel arbitration, and because all claims are arbitrable, dismissing the case; thereafter, Plaintiffs having moved for partial reconsideration of the Court's March 27, 2015 Order (the "March 27 Order") granting Defendant's Motion to Compel Arbitration with respect to Plaintiff's claims for alleged violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"), and the matter having come before the Honorable Valerie Caproni, United States District Judge, and the Court, on August 7, 2015, having issued its Order denying Plaintiff's Motion, and directing the Clerk of Court to close the case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2015 and Order dated August 7, 2015, Defendant's motion to compel arbitration is granted; because all claims are arbitrable, the case is dismissed; Plaintiff's motion for reconsideration is denied; accordingly, the case is closed.

**Dated:**  New York, New York
        April 7, 2016

                                      **RUBY J. KRAJICK**
                                        Clerk of Court
                       BY:
                                          Deputy Clerk

     **THIS DOCUMENT WAS ENTERED**
     **ON THE DOCKET ON** _____